UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WEBSTER-BEY,<br><br>   Petitioner,<br><br> v.<br><br>STATE OF CALIFORNIA,<br><br>   Respondent. | NO. EDCV 11-01356-VBF (MAN)<br><br>ORDER OVERRULING PETITIONER'S OBJECTIONS, ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE, DENYING THE HABEAS PETITION, and DISMISSING THE ACTION WITH PREJUDICE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.

  The Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) petitioner's objections are OVERRULED; (2) the Petition is DENIED; and (3) Judgment shall be entered dismissing this action with prejudice.

DATED:  July 23, 2014

                *Valerie Baker Fairbank*
                VALERIE BAKER FAIRBANK
                UNITED STATES DISTRICT JUDGE