# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER WEBSTER-BEY,** | NO. ED CV 11-01356-VBF (MAN) |
| **Petitioner,** | |
| v. | JUDGMENT |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Court's Order Overruling Petitioner's Objections and Accepting Findings and Recommendations of United States Magistrate Judge, final judgment is hereby entered in favor of the respondent and against the petitioner.

DATED:   July 23, 2014

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE